Order entered October 31, 2012



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-12-00365-CV

LEW ANDERTON AND ANDERTON
DEVELOPMENT PARTNERSHIP, LP, Appellants

V.

WILLIAM R. CAWLEY, INDIVIDUALLY AND AS TRUSTEE OF THE BILL
CAWLEY 1997 REVOCABLE TRUST, Appellees

On Appeal from the 192nd District Court
Dallas County, Texas
Trial Court Cause No. 08-05426-K

## ORDER

The Court has before it appellees' October 24, 2012 second motion for extension of time.

The Court **GRANTS** the motion and **ORDERS** appellees to file their brief by November 26, 2012. No further extensions will be granted absent a showing of exceptional circumstances.

MOLLY FRANCIS
JUSTICE